IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| IN RE:<br><br>**HALL, Jace,**<br><br>      Debtor. | NO. 19-40971<br><br>ORDER APPROVING ATTORNEY'S COMPENSATION |

THIS MATTER came on for hearing on the Attorney's Application for Compensation in a Chapter 13 Case filed by Travis A. Gagnier ("Applicant"). Based upon the application, It is hereby ORDERED that:

1). Applicant is awarded compensation of $4,307.75 as an administrative expense under 11 U.S.C. 503(b).

2). The compensation shall be paid according to the confirmed plan or, if a plan is never confirmed, prior to dismissal or conversion (subject to applicable Trustee's fee).

---

ORDER APPROVING APPLICATION RE FEES

Law Offices of Travis
Gagnier, Inc., P.S.
33507 Ninth Ave S, Bldg F
P.O. Box 3949
Federal Way, WA 98063
Phone: 253-941-0234

3). Unless the Court orders otherwise, if this case is dismissed or converted after plan confirmation, the Chapter 13 Trustee shall send undisbursed plan payments on hand to Debtor in care of the Applicant, if the Applicant is the Debtor's attorney at the time of dismissal or conversion.

///End of Order///

Presented by:

Law Offices of Travis Gagnier, Inc., P.S.

/s/ Travis A. Gagnier
Travis A. Gagnier, WSBA #26379
Attorneys for Debtor
33507 Ninth Avenue South, Bldg F
P.O. Box 3949
Federal Way, WA 98063-3949
Phone: (253) 941-0234 Fax: 941-0476

ORDER APPROVING APPLICATION RE FEES

Law Offices of Travis Gagnier, Inc., P.S.
33507 Ninth Ave S, Bldg F
P.O. Box 3949
Federal Way, WA 98063
Phone: 253-941-0234

Case 19-40971-MJH    Doc 25    Filed 07/24/19    Ent. 07/24/19 10:02:02    Pg. 2 of 2